518 A.2d 801

**COMMONWEALTH of Pennsylvania**

v.

**Jerome VAN NEST, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 10, 1986.

Petition for Allowance of Appeal GRANTED, No. 59 M.D. Appeal Docket 1986.